**Mark DURHAM, Respondent,**

v.

**Maurice REYNOLDS, Appellant.**

**WD 79606**

Missouri Court of Appeals,
Western District.

Order filed: March 14, 2017

Attorney: Daniel R. Kelly, for Respondent

Maurice Reynolds, Appellant Pro-se

---

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

See also 241 S.W.3d 456.

### ORDER

PER CURIAM:

Maurice Reynolds appeals the judgment of the circuit court in favor of Mark Durham on Mr. Durham's claim for unlawful detainer. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).